UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     **MISDEMEANOR INFORMATION**

    -v.-                               :

RICHARD MOHAMMED,                  :     07 Cr. 409

               Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

From in or about November 2006, through on or about December 13, 2006, in the Southern District of New York and elsewhere, RICHARD MOHAMMED, the defendant, being an employee of an insured bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin, and willfully misapply moneys, funds and credits of such bank, to wit, MOHAMMED embezzled funds from the branch of Apple Bank in the Bronx where he was an employee by providing customer account information to others, and cashing, depositing, or causing to be deposited counterfeit checks.

(Title 18, United States Code, Section 656.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney