FH-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

UNITED STATES OF AMERICA

— v —

Richard Mohammed
                                    Defendant
------------------------------------------------ x

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # 07 CR 409

    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

    Check one)   ✓       all proceedings

                    _____     bail/presentiment only

                    _____     other (specify)  _____

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date  6/23/08

S/ Kevin N. Levy
Signature of U.S. Judge or Magistrate Judge
or by order of the Court:

_____
Clerk or Deputy

TO:  J. MICHAEL McMAHON, CLERK
     United States District Court
     Southern District of New York

     Federal Defenders of New York, Inc.
     52 Duane Street, 10th Floor
     New York, New York  10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office (Attn: C.J.A. Clerk)