UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against
Richard Mohammed

(Alias) _____

_____

Please PRINT Clearly.

DATE FILED:
DOC #:
ELECTRONICALLY FILED

07CR409
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

# NOTICE OF APPEARANCE

TO: J. MICHAEL MCMAHON, CLERK.

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA     2. [ ] RETAINED     3. [✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. Dec.  YR. 1973

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE Robert M. Baum
PRINT THE FOLLOWING INFORMATION CLEARLY
Robert M. Baum
Attorney for Defendant
Federal Defender Division
Firm name if any
52 Duane St 10th Fl.
Street address
New York NY 10007
City       State       Zip
212 285-2560
Telephone No

USDC SDNY DOCUMENT ELECTRONICALLY FILED JUN 23 2008

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186