UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,        :          ORDER

       -against-                                :          07 Cr. 409 (KNF)

RICHARD K. MOHAMMED,              :

               Defendant.          :
------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The United States Probation Department has alleged that the defendant violated the terms and conditions of his probationary sentence. A proceeding to address that matter was commenced on June 23, 2008. The proceeding is adjourned to and will resume on July 14, 2008, at 5:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       June 23, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copies to:

Robert Baum, Esq.
Todd Blanche, Esq.
Jenny Ann Johnson,
U.S. Probation Officer