

**JAY H. SCHWITZMAN**
ATTORNEY AT LAW

26 COURT STREET SUITE 1406
BROOKLYN, NY 11242

TEL: 718 797-1000
FAX: 718 643-0025
EMAIL: schwitzman@aol.com

**MEMO ENDORSED**

Via Fax: 212-805-6712

June 20, 2008

Magistrate Kevin Nathaniel Fox
U.S. Magistrate Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/20/08

Re:   **U.S.A. v Richard Mohammed - 06 Cr. 409**

Dear Magistrate Fox:

I request that I be relieved as counsel for Richard Mohammed because Mr. Mohammed is without funds to pay legal fees with regard to the above matter. I respectfully request that CJA counsel be assigned to represent him in this violation of supervised release matter.

Mr. Mohammed never completed his retainer agreement with me because of financial hardship. Nonetheless, I continued with his case to make sure that he was competently represented at his plea and sentence. However, this new violation of supervised release poses an additional hardship.

Additionally, on June 23, 2008, I am required to appear in the matter of the People v Anthony Matos, Docket No. 2008QN033363, Criminal Court, Queens County. This matter is a Gang Assault/Homicide case that is scheduled to be presented to a grand jury on June 23, 2008. This defendant is incarcerated and has served written notice to testify in that grand jury proceeding.

Wherefore, I respectfully request that CJA counsel be appointed to Mr. Mohammed.

6/20/08
The instant application will be addressed at the proceeding scheduled for June 23, 2008, at 12:00 p.m.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Sincerely,
JAY H. SCHWITZMAN

JHS/cs
cc:   P.O. Jenny Johnson
      AUSA Todd Blanche