# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

August 14, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

BY FACSIMILE
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 530
New York, New York 10007

*RECEIVED AUG 14 2008 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 08/18/08*

Re:   **United States v. Richard Mohammed**
      07 Cr. 409 (KNF)

Dear Judge Fox:

   This letter is respectfully submitted on behalf of my client Richard Mohammed, to request an adjournment of the violation of probation hearing, currently scheduled for August 26, 2008. The violation contains one specification related to a state court case that is still pending. I am advised that the state court case has been adjourned to November 5, 2008, and that it will be resolved on that date. If that case is dismissed, it is likely that the Government will withdraw the single specification against Mr. Mohammed. Absent that allegation, Mr. Mohammed is in full compliance with the conditions of his probation. He continues to report regularly and has maintained steady employment. We seek an adjournment of his hearing until any date after November 5, 2008. I have spoken with Todd Blanche on behalf of the Government and he consents to this application.

   Thank you for your consideration of this request.

8/18/08
Application granted. The hearing will be held on November 10, 2008, at 5:30 p.m. in Courtroom 5A.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,
*Robert M. Baum*
Robert M. Baum
Associate Attorney
Tel.: (212) 417-8760

SO ORDERED:

_____
HONORABLE KEVIN N. FOX
United States Magistrate Judge

cc:   Todd Blanche, Esq., AUSA